16557.    SECURITY LOAN & TRUST COMPANY *v.*
BLACKWELL.

16558.    ARNOLD, for use, etc., *v.* BLACKWELL.

The evidence authorized the verdict, and there is no merit in any of the
assignments of error.

DECIDED OCTOBER 7, 1925.

Complaint; from city court of Decatur—Judge Daley. May 1,
1925.

*McElreath & Scott,* for plaintiff.
*J. Caleb Clarke,* for defendant.

LUKE, J. These two cases were suits to recover real-estate
agents' commissions, and were tried together, but are here on
separate writs or error (which will be considered jointly), com-
plaining of the judgment overruling and denying the respective
motions for new trial.

The evidence authorized the verdict of the jury in favor of the
defendant in each of the cases in the court below. The special
assignments of error upon excerpts from the charge of the court,
when the charge is read in its entirety and applied to the issue
in the two cases, are without merit. The cases have been legally
tried, and for no reason pointed out in the records did the court
err in overruling the motions for new trial.

*Judgments affirmed. Broyles, C. J., and Bloodworth, J., concur.*